UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ELIZABETH BRANDENBURG et al.,                              :
:
                               Plaintiffs,    :          20-CV-3809 (JMF)
:
                -v-                                  :              ORDER
:
GREEK ORTHODOX ARCHDIOCESE OF NORTH   :
AMERICA et al.,                                                             :
                             Defendants.  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 21, Defendants' earlier motion to dismiss, filed at ECF No. 14, is hereby DENIED as moot. The briefing schedule adopted by the Court at ECF No. 20 remains in effect. The Clerk of Court is directed to terminate ECF No. 14.

       SO ORDERED.

Dated: September 1, 2020
       New York, New York
                                                               JESSE M. FURMAN
                                                           United States District Judge