UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ELIZABETH BRANDENBURG et al.,                           :
:
                                  Plaintiffs,      :      20-CV-3809 (JMF)
:
              -v-                                             :      ORDER
:
GREEK ORTHODOX ARCHDIOCESE OF NORTH     :
AMERICA et al.,                                         :
                                Defendants.      :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The pretrial conference scheduled for May 6, 2022, at 1:45 p.m. is hereby RESCHEDULED to **May 9, 2022 at 9:15 a.m.**  The conference will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       SO ORDERED.

Dated: May 5, 2022
       New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge