UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ELIZABETH BRANDENBURG et al.,                                      :
:
                            Plaintiffs,              :
:       20-CV-3809 (JMF)
         -v-                                               :
:            ORDER
GREEK ORTHODOX ARCHDIOCESE OF NORTH                                :
AMERICA et al.,                                                    :
:
                            Defendants.              :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today:

- Plaintiffs' motion to compel the deposition of Defendant former Archbishop Demetrios Trakatellis, *see* ECF No. 51, is GRANTED. The deposition shall take place remotely in the location of Defendant's choosing and shall be limited to four hours with reasonable breaks. The parties shall confer regarding any other conditions necessary to ensure that the deposition is not a risk to Defendant's health.

- Any motion for summary judgment shall be due June 22, 2022. Any opposition shall be due three weeks after the motion is filed. Any reply shall be due one week after the opposition is filed.

      The Clerk of Court is directed to terminate ECF No. 51. SO ORDERED.

Dated: May 9, 2022                        _____
      New York, New York                 JESSE M. FURMAN
                                                                United States District Judge