UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
ELIZABETH BRANDENBURG et al.,     :
    :
                            Plaintiffs,     :
    :            20-CV-3809 (JMF)
         -v-     :
    :            <u>ORDER</u>
GREEK ORTHODOX ARCHDIOCESE OF NORTH     :
AMERICA et al.,     :
    :
                            Defendants.     :
    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As stated on the record during the teleconference held earlier today:

- Defendants' application for the deposition of Defendant former Archbishop Demetrios Trakatellis to be conducted by written questions pursuant to Rule 31 of the Federal Rules of Civil Procedure is GRANTED.

- By **May 23, 2022**, the parties shall file a joint proposed schedule for the written examination, which shall be more expedited than that set out in Rule 31(a)(5).

        SO ORDERED.

Dated: May 19, 2022
       New York, New York
                                                            _____
                                                                 JESSE M. FURMAN
                                                           United States District Judge