UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
ELIZABETH BRANDENBURG a/k/a
MOTHER FOTEINI, MARIA KALLIS a/k/a
SISTER THEONYMPHI,

        Plaintiffs,

    -against-

GREEK ORTHODOX ARCHDIOCESE OF
NORTH AMERICA, GERASIMOS
MAKRIS a/k/a FATHER GERASIMOS
MAKRIS, DEMETRIOS TRAKATELLIS
a/k/a ARCHBISHOP DEMETRIOS, ALLEN
PAROPOULOS a/k/a BISHOP ANDONIOS,
AND CHARLENE ASQUITH a/k/a
MOTHER EISODIA,

        Defendants.
------------------------------------------------------- X

Civil Action No.: 1:20 Civ. 03809-JMF

The Hon. Jesse M. Furman

**~~PROPOSED~~ ORDER OF ATTORNEY WITHDRAWAL**

**IT IS HEREBY ORDERED THAT**, attorney Lisa Savadjian, an attorney with the law firm of Seyfarth Shaw LLP, is hereby withdrawn as counsel in the above captioned matter. The clerk is hereby directed to remove Ms. Lisa Savadjian from the Court docket and designate her status as terminated.

                                                  */s/Lisa Savadjian*
                                                  Seyfarth Shaw LLP
                                                  620 Eighth Avenue
                                                  New York, NY 10018-1405
                                                  Telephone: (212) 218-3383

SO ORDERED.

_____
Honorable Jesse M. Furman
United States District Judge

                                                  June 1, 2022
                                                  New York, New York