UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
ELIZABETH BRANDENBURG a/k/a
MOTHER FOTEINI, MARIA KALLIS a/k/a
SISTER THEONYMPHI,

          Plaintiffs,

    -against-

GREEK ORTHODOX ARCHDIOCESE OF
NORTH AMERICA, GERASIMOS
MAKRIS a/k/a FATHER GERASIMOS
MAKRIS, DEMETRIOS TRAKATELLIS
a/k/a ARCHBISHOP DEMETRIOS, ALLEN
PAROPOULOS a/k/a BISHOP ANDONIOS,
AND CHARLENE ASQUITH a/k/a
MOTHER EISODIA,

          Defendants.

------------------------------------------------------- X

Civil Action No.: 1:20 Civ. 03809-JMF

Hon. Jesse M. Furman

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**ORAL ARGUMENT REQUESTED**

       **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Karen Y. Bitar, with Exhibits A through Q annexed thereto; Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment; Defendants' Local Rule 56.1 Statement of Undisputed Material Facts; and upon all pleadings and proceedings herein, the undersigned, attorneys for Defendants Greek Orthodox Archdiocese of North America, Gerasimos Makris a/k/a Father Gerasimos Makris, Demetrios Trakatellis a/k/a Archbishop Demetrios, Allen Paropoulos a/k/a Bishop Andonios, and Charlene Asquith a/k/a Mother Eisodia will move the Honorable Jesse M. Furman, United States District Judge, for an order: (i) granting Defendants' motion for summary judgment in its entirety pursuant to Rule 56 of the Federal Rules of Civil Procedure; and (ii) dismissing Plaintiffs' Second Amended Complaint with prejudice; and (iii) granting such other and further relief as the Court may deem just and proper.

85147716v.1

Dated: New York, New York
July 22, 2022

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
gmaatman@seyfarth.com
Karen Bitar
kbitar@seyfarth.com
Max Scharf
mscharf@seyfarth.com
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Attorneys for Defendants
GREEK ORTHODOX ARCHDIOCESE OF NORTH AMERICA, GERASIMOS MAKRIS a/k/a FATHER GERASIMOS MAKRIS, DEMETRIOS TRAKATELLIS a/k/a ARCHBISHOP DEMETRIOS, ALLEN PAROPOULOS a/k/a BISHOP ANDONIOS, AND CHARLENE ASQUITH a/k/a MOTHER EISODIA