UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
             :
ELIZABETH BRANDENBURG et al.,             :
             :
           Plaintiffs,      :      20-CV-3809 (JMF)
             :
      -v-      :      ORDER
             :
GREEK ORTHODOX ARCHDIOCESE OF NORTH      :
AMERICA et al.,             :
             :
           Defendants.      :
             :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court will hold oral argument with respect to Defendants' motion for summary judgment on **January 18, 2023,** at **10:00 a.m.**, in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  Unless and until the Court orders otherwise, the oral argument will focus on whether the ministerial exception applies.

      SO ORDERED.

Dated:  December 21, 2022
          New York, New York

                                                                     JESSE M. FURMAN
                                                      United States District Judge