UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ELIZABETH BRANDENBURG et al., :
:
                Plaintiffs, : 20-CV-3809 (JMF)
:
      -v- : ORDER
:
GREEK ORTHODOX ARCHDIOCESE OF NORTH :
AMERICA et al., :
:
                Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      This Court's December 21, 2022 Order scheduled oral argument for January 18, 2023, at 10:00 a.m., and noted that, "[u]nless and until the Court orders otherwise, the oral argument will focus on whether the ministerial exception applies." *See* ECF No. 93. The parties should also be prepared to discuss whether Plaintiffs' hostile work environment claims are time barred. In particular, Plaintiffs should be prepared to cite with specificity to evidence in the record concerning prohibited conduct during the limitations period.

      SO ORDERED.

Dated: January 11, 2023
       New York, New York

                                      _____
                                        JESSE M. FURMAN
                                    United States District Judge