UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
ELIZABETH BRANDENBURG a/k/a MOTHER FOTEINI, MARIA KALLIS a/k/a SISTER THEONYMPHI,

      Plaintiffs,

-against-

GREEK ORTHODOX ARCHDIOCESE OF NORTH AMERICA, GERASIMOS MAKRIS a/k/a FATHER GERASIMOS MAKRIS, DEMETRIOS TRAKATELLIS a/k/a ARCHBISHOP DEMETRIOS, ALLEN PAROPOULOS a/k/a BISHOP ANDONIOS, AND CHARLENE ASQUITH a/k/a MOTHER EISODIA,

      Defendants.
------------------------------------------------------- X

Civil Action No.: 1:20 Civ. 03809-JMF

Hon. Jesse M. Furman

**NOTICE OF APPEAL**

      PLEASE TAKE NOTICE that Defendants Greek Orthodox Archdiocese of North America, Gerasimos Makris a/k/a Father Gerasimos Makris, Demetrios Trakatellis a/k/a Archbishop Demetrios, Allen Paropoulos a/k/a Bishop Andonios, and Charlene Asquith a/k/a Mother Eisodia hereby appeal to the United States Court of Appeals for the Second Circuit the portion of the Order of the Honorable Jesse M. Furman entered on February 23, 2023 (ECF 96), which denied Defendants' Motion for Summary Judgment on Plaintiff-Appellee's claims of retaliation and hostile work environment.

1

| | |
|---|---|
| Dated: New York, New York<br>March 27, 2023 | Respectfully submitted,<br><br>SEYFARTH SHAW LLP<br><br>By: */s/ Karen Bitar*<br>　　Karen Bitar<br>　　kbitar@seyfarth.com<br>　　Max Scharf<br>　　mscharf@seyfarth.com<br>　　620 Eighth Avenue<br>　　New York, NY 10018<br>　　Telephone: (212) 218-5500<br>　　Facsimile: (212) 218-5526<br><br>Attorneys for Defendants<br>GREEK ORTHODOX ARCHDIOCESE OF NORTH AMERICA, GERASIMOS MAKRIS a/k/a FATHER GERASIMOS MAKRIS, DEMETRIOS TRAKATELLIS a/k/a ARCHBISHOP DEMETRIOS, ALLEN PAROPOULOS a/k/a BISHOP ANDONIOS, AND CHARLENE ASQUITH a/k/a MOTHER EISODIA |