**MANDATE**

1:20-cv-03809-JMF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 11 2023

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of July, two thousand twenty-three,

_____

Elizabeth Brandenburg, AKA Mother Foteini, Maria Kallis, AKA Sister Theonymphi,

    Plaintiffs-Counter-Defendants - Appellees,

v.

Greek Orthodox Archdiocese of North America, Charlene Asquith, Gerasimos Makris, Demetrios Trakatellis, Allen Paropoulos,

    Defendants-Counter-Claimants - Appellants,

John Doe 1, AKA Father Gerasimos Makris, John Doe 2, AKA Archbishop Demetrios, John Doe 3, AKA Bishop Andonios,

    Defendants - Appellants.

_____

**ORDER**

Docket No. 23-440

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/11/2023