

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

kbitar@seyfarth.com
T (212) 218-5261

www.seyfarth.com

July 12, 2023

**VIA ECF**

The Honorable Jesse M. Furman, U.S.D.J.
Southern District of New York
40 Foley Square, Room 1105
New York, NY 10007

> Re: **Brandenburg, et al v. Greek Orthodox Archdiocese of North America, et al**
> **Case 1:20-cv-03809 (JMF)**

Dear Judge Furman,

This firm represents Defendants in this matter. We write in response to Plaintiffs' letter dated July 11, 2023. ECF No. 106. On May 12, 2023, the Court issued an Order which stated this matter is dismissed "without prejudice to the right to reopen the action within sixty days of the date of this Order" – *i.e.*, until July 11, 2023 – "if the settlement is not consummated." ECF No. 104. Following the May 12, 2023 Order, the parties' settlement discussions were delayed by issues related to Defendants' insurance coverage. Those issues have been resolved. Plaintiffs signed the settlement agreement on June 30, 2023. Further, in accordance with the settlement agreement, the parties dismissed a Second Circuit appeal related to this action on July 11, 2023.

In Plaintiffs' letter dated July 11, 2023, they requested that "this matter be restored to the Court's calendar, or in the alternative, [they] request an additional two-weeks to obtain a fully executed agreement from Defendants." Defendants consent to a two-week extension of Plaintiffs' right to reopen the action, through July 26, 2023.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Karen Y. Bitar*

Karen Y. Bitar

cc: All Counsel of Record (via ECF)

96519922v.1