# EISENBERG & BAUM, LLP

July 11, 2023

**Via ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, NY 10007

      Re:   *Brandenburg et al. v. Greek Orthodox Archdiocese of North America et al.*,
              No. 1:20-cv-03809-JMF

Dear Judge Furman:

     This firm represents the Plaintiffs in the above-referenced matter. This case resolved on May 12, 2023 and the last day to restore this matter to the Court's calendar is today, July 11, 2023 (ECF No. 101). Plaintiffs have not obtained an executed agreement from Defendants. Accordingly, Plaintiffs request this matter be restored to the Court's calendar, or in the alternative, Plaintiffs request an additional two-weeks to obtain a fully executed agreement from Defendants.

     We thank the Court for its time and attention.

The deadline to move to reopen the case is hereby extended to July 25, 2023.  The parties should not expect further extensions.

SO ORDERED.

*[signature]*

July 12, 2023

Respectfully submitted,

*/s/ Reyna N. Lubin*
Reyna Lubin, Esq.
Eric M. Baum, Esq.
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
Main: (212) 353-8700
Fax: (917) 591-2875
rlubin@eandblaw.com
ebaum@eandblaw.com
*Attorneys for Plaintiffs*

cc:    All Counsel of Record (by ECF)